UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL POTTER and BRETT BOYER,
on behalf of themselves and all others
similarly situated,

    Plaintiffs,

v.

BLUE CROSS BLUE SHIELD OF
MICHIGAN,

    Defendant.
_____/

Case No. 10-cv-14981

HONORABLE STEPHEN J. MURPHY, III

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order dated March 30, 2013, judgement is entered against Blue Cross Blue Shield of Michigan and in favor of Plaintiffs.

**IT IS FURTHER ORDERED** that Defendant's characterization and exclusion of ABA therapy as experimental or investigative, as applied to the claims of the class members, was, and is, arbitrary and capricious.

**IT IS FURTHER ORDERED** that the class members' claims for coverage of ABA therapy are **REMANDED** to BCBS for readministration as set forth in the Court's March 30, 2013 Opinion & Order.

**IT IS FURTHER ORDERED** that Defendant shall provide notice to the class of this Court's March 30, 2013 Opinion & Order, at its expense.

    **SO ORDERED**.

Dated at Detroit, Michigan this 30th day of March, 2013.

>DAVID J. WEAVER
>CLERK OF THE COURT
>
>BY: <u>s/C. Cohron</u>

APPROVED:

<u>s/Stephen J. Murphy, III</u>
STEPHEN J. MURPHY, III
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 30, 2013, by electronic and/or ordinary mail.

>  <u>s/Carol Cohron</u>
>  Case Manager