



One place to find it all  LAW.COM  ALM



An ALM Web site

# THE NATIONAL
# LAW JOURNAL
with D.C. news from LegalTimes

Subscribe   Sign In

This Website

| 30 Day Free Trial | **NATIONAL NEWS** | Washington News | | | |
|---|---|---|---|---|---|
| Home | Legal Business | Law Schools | Columns | Verdicts | Opinion | Video Center | Blog |

NLJ Home > News > The 2012 Law Firm Billing Survey

Font Size:    

# The 2012 Law Firm Billing Survey

Top partners at major law firms continue to command premium hourly prices for their services.

The National Law Journal   December 17, 2012

Like  1     Tweet  0     4     Share  1



2012 Billing Survey
A SPECIAL REPORT



Get All the Answers at
AMERICAN LAWYER.COM
ALM

In this year's edition of our annual survey of billing rates nationwide, we look at the continuing tug-of-war between law firms and their corporate clients over hourly billing rates, and how the slow economic recovery plays a role. Among the findings from our survey: The highest rate was $1,285, charged by a single real estate investment trust partner in Locke Lord's Dallas office. The lowest hourly rate for associates was $130 at Cincinnati-based Dinsmore & Shohl. Plus, a nationwide sampling of law firm billing rates, and billing rates by associate class.

## Find similar content

**Firms mentioned**

**Key categories**

**Most viewed stories**

> Pro Bono Mandate Gains Steam
>
> Bomb Suspects Pictured; Lawyers Come To Victims' Aid
>
> Supreme Court Urged to Correct Korematsu Decision
>
> Social Media Use by In-House Counsel at All-Time High
>
> Judges Crack Under Pressure



**The best still charge the most**
For high-end legal work, large law firms remain in the driver's seat over hourly rates.

### BY THE NUMBERS

**A nationwide sampling of NLJ 350 billing rates**
We sampled 55 law firms from our survey of the nation's largest law firms by headcount about the prices their lawyers are charging clients by the hour.

**Associate billing rates**
A sampling of rates charged by law firms that establish them by associate class.



THE NATIONAL
LAW JOURNAL
Is 2 Minutes of
Your Time Worth
a Chance for a
$200 Gift Card?
CLICK HERE
ALM



Highs, Lows and Medians in 2011 and 2012

| | 2012 | 2011 |
|---|---|---|
| Firmwide low | $196 | |
| Firmwide high | $770 | |
| Firmwide median | $420 | $425 |
| Partner low | $347 | $342 |
| Partner high | $745 | $769 |
| Partner median | $502 | $501 |
| Associate low | $216 | $217 |
| Associate high | $443 | $447 |
| Associate median | $319 | $317 |



Firms that Took Part Both Years

| | 2012 | 2011 |
|---|---|---|
| Firmwide median | $410 | $432 |
| Partner low | $331 | $341 |
| Partner high | $745 | $773 |
| Partner median | $495 | $517 |
| Associate low | $213 | $218 |
| Associate high | $444 | $449 |
| Associate median | $313 | $323 |

Subscribe to The National Law Journal





General Counsel
Lynn University
Boca Raton, Florida

Licensing/IP Transactions Associate - Top International Firm (Silicon Valley)
The Partners Group
Menlo Park, California

MORE JOBS          POST A JOB





## From the Law.com Network



**States Weighing Value of Pro Bono Mandate**

**Judges Crack Under Pressure**

**CORPORATE COUNSEL**

**How to Protect Against Outside Counsel Overbilling**

**Indiana Federal Court OKs Jump-Start on Predictive Coding**

**THE RECORDER**

**Ninth Circuit May Rethink Anti-SLAPP**

**Illumina Hires New GC**

**DAILY BUSINESS REVIEW.COM**

**South Florida Becoming Leading Venue for Patent Litigation**

**Shareholder Leaves Greenberg Traurig, Reportedly to Open**

**New Jersey Law**

**Qui Tam Suit La Can Recover Bo Contingent and Statutory Fees**

**Peremptory Cha to Juror of Defe**

    

**Jones Day Office**

**Race Requires R**

## the LAW.COM network

ADVERTISE

### LAW.COM

Newswire
Special Reports
International News
Lists, Surveys & Rankings
Legal Blogs
Site Map

### ALM NATIONAL

The American Lawyer
The Am Law Litigation Daily
Corporate Counsel
Law Technology News
The National Law Journal

### ALM REGIONAL

Connecticut Law Tribune
Daily Business Review (FL)
Delaware Law Weekly
Daily Report (GA)
The Legal Intelligencer (PA)
New Jersey Law Journal
New York Law Journal
GC New York
The Recorder (CA)
Texas Lawyer
The Asian Lawyer
Focus Europe

### DIRECTORIES

ALM Experts
LegalTech® Directory
In-House Law Departments at the Top 500 Companies
Top Rated Lawyers
The American Lawyer Top Rated Lawyers
The American Lawyer Legal Recruiter's Directory
Corporate Counsel Top Rated Lawyers
The National Law Journal Leadership Profiles
National Directory of Minority Attorneys
Go-To Law firms of the Top 500 Companies

### BOOKS & NEWSLETTERS

Best-Selling Books
Publication E-Alerts
Law Journal Newsletters
LawCatalog Store
Law Journal Press Online

### RESEARCH

ALM Legal Intelligence
Court Reporters
MA 3000
Verdict Search
ALM Experts
Legal Dictionary
Smart Litigator

### EVENTS & CONFERENCES

ALM Events
LegalTech®
Virtual LegalTech®
Virtual Events
Webinars & Online Events
Insight Information

### REPRINTS

Reprints

### ONLINE CLE

CLE Center

### CAREER

Lawjobs

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions | ALM User License Agreement
Copyright 2013. ALM Media Properties, LLC. All rights reserved.

